IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 10 C 3325 |
| AMERICAN BUILDING SYSTEMS OF ILLINOIS, INC., an Illinois corporation, | ) ) ) | JUDGE VIRGINIA M. KENDALL |
| Defendant. | ) ) | |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on September 28, 2010, request this Court enter judgment against Defendant, AMERICAN BUILDING SYSTEMS OF ILLINOIS, INC., an Illinois corporation. In support of their Motion, Plaintiffs state:

1. On September 28, 2010, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to turn over its monthly fringe benefit contribution reports for December 2009 forward. The Court also entered an order that judgment would be entered after Defendant submitted the contribution reports and Plaintiffs determined the amounts due.

2. On or about October 21, 2010, Plaintiffs' auditors completed an audit of the payroll books and records of Defendant. The audit findings show that the Defendant is delinquent in contributions to the Funds in the amount of $2,792.56. (See Affidavit of Scott P. Wille).

3. Additionally, the amount of $279.24 is due for liquidated damages. (Wille Aff. Par. 6). Plaintiffs' auditing firm of Levinson Simon Hein & Bilkey, P.C. charged Plaintiffs $994.75 to perform the audit examination and complete the report (Wille Aff. Par. 7).

4. In addition, Plaintiffs' firm has expended $520.00 in costs and $1,250.00 in attorneys' fees, for a total of $1,770.00, in this matter. (See Affidavit of Catherine M. Chapman).

5. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $5,836.55.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $5,836.55.

/s/    Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\265J\American Building\motion-judgment.bpa.df.wpd

## CERTIFICATE OF SERVICE

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 9th day of December 2010:

    Mr. Dean J. Leffelman, Registered Agent
    American Building Systems of Illinois, Inc.
    2300 Cabot Drive, Suite 455
    Lisle, IL   60532

    Ms. Paula M. Andrews, President
    American Building Systems of Illinois, Inc.
    43W371 Thornapple Tree Road
    Sugar Grove, IL   60554


            /s/   Beverly P. Alfon


Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\265J\American Building\motion-judgment.bpa.df.wpd